**From:** USBankruptcyCourts@noticingcenter.com
**To:** scottsch@optonline.net
**Date:** 08/23/2016 03:39:26 PM
**Subject: U.S. Bankruptcy Court, Eastern District of New York - Returned Mail Notice, In re: Juan Amaya, Case Number: 16-73597, reg, Ref: [p-98680882]**
**Attachments:** R_P816735972450023.PDF (10KB)

Notice of Returned Mail to Debtor/Debtor's Attorney

August 23, 2016

From: United States Bankruptcy Court, Eastern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Juan Amaya, Case Number 16-73597, reg

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attached document was mailed to the notice recipient(s) listed below via the U.S. Postal Service, and it was returned to the Bankruptcy Noticing Center as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

NOTE: THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by the court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**290 Federal Plaza**
**Central Islip, NY 11722**

Notice Recipient's Address on Envelope Returned to the Bankruptcy Noticing Center:

Medical Payment Data
C/O Capital Accounts
1642 Westgate Circle
Suite 20
Brentwood, TN 37027-8194

THE UPDATED ADDRESS IS:  *Capital Accounts*
*1642 Westgate Circle, Suite 204  Brentwood, TN 37027-8194*

_____        _____
Signature of Debtor or Debtor's Attorney            Date 8/27/16

The Bankruptcy Noticing Center does not respond to messages regarding returned mail notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.